**FILED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STANFORD BLAINE CHATFIELD, ) | Case No. CV 07-3529-DOC (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| L.E. SCRIBNER, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 9, 2008

David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY